Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff CHRISCYNTHIA MONTEMAYOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISCYNTHIA MONTEMAYOR, | Case No.: 1:15-cv-00850-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Chriscynthia Montemayor ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to December 2, 2015; and that Defendant shall have until January 6, 2015, to provide a response.

-1-

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter. Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

4
5  DATE: December 4, 2015           Respectfully submitted,

                                    LAW OFFICES OF LAWRENCE D. ROHLFING
6
                                         /s/ *Steven G. Rosales*
7                              BY: _____
                                    Steven G. Rosales
8                                   Attorney for plaintiff

9
   DATE:  December 4, 2015          BENJAMIN WAGNER
10                                  United States Attorney
                                    Donna L. Calvert
11                                  Regional Chief Counsel, Region IX
                                    Social Security Administration
12

13
                                    */S/- Timothy R. Bolin
14

15                                  _____
                                    Timothy R. Bolin
16                                  Special Assistant United States Attorney
                                    Attorney for Defendant
17                                  [*Via email authorization]

18

19

20

21

22

23

24

25

26

-2-

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to and including December 2, 2015; Defendant may have an extension of time to January 6, 2015 to file his response. All other dates set in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 8, 2015**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE