Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Chriscynthia Montemayor

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHRISCYNTHIA MONTEMAYOR, | Case No.: 1:15-cv-00850-BAM |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of dismissal filed by the parties on January 27, 2016, this action is HEREBY DISMISSED with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **January 28, 2016**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE